# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ROBERT WAYNE GAULT |
| **Case Number:** | 2:15-BK-15188-DPC    **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, JANUARY 23, 2017 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | RENEE BRYANT |

## *Matter:*

MOTION FOR RELIEF FROM STAY FILED BY MARK D ESTLE OF BUCKLEY MADOLE, P.C. ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION . ( MARK ESTLE - T)

**R / M #:**   40 / 0

## *Appearances:*

JOSEPH TIRELLO, ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION

## *Proceedings:*

Mr. Tirello stated the payment history is being researched and the parties request a continuance.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 27, 2017 AT 10:00 AM. MR. TIRELLO WILL ADVISE MR. ZEIGLER OF THE SAME.

Copies of the foregoing mailed by BNC to:
J. Murray Zeigler